| DOCUMENTS UNDER SEAL ☐ | | | | | TOTAL TIME (mins): 7 min. | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | | DEPUTY CLERK Simone Voltz | | | REPORTER/FTR 10:02-10:09 | | |
| MAGISTRATE JUDGE Bernard Zimmerman | | DATE 8-8-08 | | | NEW CASE ☐ | CASE NUMBER 3-08-70523 BZ | |
| **APPEARANCES** | | | | | | | |
| DEFENDANT Ataulfo Ramirez-Gomez | | AGE 43 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Jodi Linker | | PD. ☐  RET. ☐ APPT. ☒ |
| U.S. ATTORNEY Katherine Dowling | | INTERPRETER | | | ☒ FIN. AFFT SUBMITTED | ☒ | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Allen Lew | | | DEF ELIGIBLE FOR APPT'D COUNSEL | | ☒ PARTIAL PAYMENT OF CJA FEES | ☐ |
| **PROCEEDINGS SCHEDULED TO OCCUR** | | | | | | | |
| ☒ INITIAL APPEAR 5 min. | ☐ PRELIM HRG | | ☐ MOTION | | ☐ JUGM'T & SENTG | ☐ STATUS | |
| ☒ I.D. COUNSEL 2 min. | ☐ ARRAIGNMENT | | ☐ BOND HEARING | | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER | |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | | ☐ CHANGE PLEA | | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING | |
| **INITIAL APPEARANCE** | | | | | | | |
| ☒ ADVISED OF RIGHTS | ☒ ADVISED OF CHARGES | | ☒ NAME AS CHARGED IS TRUE NAME | | ☐ TRUE NAME | | |
| **ARRAIGNMENT** | | | | | | | |
| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | | ☐ READING WAIVED SUBSTANCE | | ☐ WAIVER OF INDICTMENT FILED | | |
| **RELEASE** | | | | | | | |
| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | | AMT OF SECURITY $ | SPECIAL NOTES | | ☐ PASSPORT SURRENDERED DATE: | |
| PROPERTY TO BE POSTED ☐ CASH $ | | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ | | |
| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY | |
| ORDER REMOVED TO THE DISTRICT OF | | | | | | | |
| **PLEA** | | | | | | | |
| ☐ CONSENT ENTERED | ☐ NOT GUILTY | | ☐ GUILTY | | GUILTY TO COUNTS: ☐ | | |
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | | ☐ PLEA AGREEMENT FILED | | OTHER: | | |
| **CONTINUANCE** | | | | | | | |
| TO: 8/13/08 | ☐ ATTY APPT HEARING | | ☐ BOND HEARING | | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET | |
| AT: 9:30A.M. | ☐ SUBMIT FINAN. AFFIDAVIT | | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | | ☐ CHANGE OF PLEA | ☐ OTHER | |
| BEFORE HON. JCS | ☒ DETENTION HEARING | | | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING | |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ IDENTITY / REMOVAL HEARING | | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING | |
| **ADDITIONAL PROCEEDINGS** | | | | | | | |

Deft has an ICE-Hold.
cc:BZ, JCS, Pretrial

DOCUMENT NUMBER:

FILED AUG -8 2008 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA