# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

ATAULFO RAMIREZ-GOMEZ

CR 08   0567

E-filing

MMC

DEFENDANT.

---

## INDICTMENT

Title 18, U.S.C. § 1326 - Illegal Reentry by an Alien
After Deportation

---

INDICT

A true bill.

_____
Foreman

Filed in open court this ___21___ day of _August_
_2008_

_____
Clerk

Bail, $ No process

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT | |
|---|---|
| BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING | Name of District Court, and/or Judge/Magistrate Location<br>NORTHERN DISTRICT OF CALIFORNIA<br>**FILED** AUG 21 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

**OFFENSE CHARGED**
8 U.S.C. 1326

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**
▶ ATAULFO RAMIREZ-GOMEZ

**DISTRICT COURT NUMBER**
CR 08    0567    MMC

E-filing

**PENALTY:**
Imprisonment for not more than twenty years;
Fine of up to $250,000.00;
Special assessment of $100.00; and
Supervised release of not more than three years.

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Deportation Officer Polly Kaiser, ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE
CASE NO.
3-08-70523-BZ

Name and Office of Person
Furnishing Information on THIS FORM    Joseph P. Russoniello
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)    Matthew L. McCarthy

---

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?   ☑ Yes  ☐ No   } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year  7/31/2008

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year  8/1/2008

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT    Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5
6             **E-filing**
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,        ) Criminal No. CR 08-0567
   |                                  )
12 |         Plaintiff,                ) VIOLATION: 8 U.S.C. § 1326 – Illegal
   |                                  ) Reentry by an Alien After Deportation
13 |    v.                             )
   |                                  )
14 | ATAULFO RAMIREZ-GOMEZ,            ) SAN FRANCISCO VENUE
   | a/k/a ALBERTO G. RAMIREZ,         )
15 | a/k/a ATAULFO CAPONE,             )
   | a/k/a ATAULFO GOMEZ RAMIREZ,      )
16 | a/k/a MARLO RIVERO,               )
   | a/k/a ALBERTO GOMEZ RAMIREZ,      )
17 | a/k/a ALBERTO GOMEZ SACADA,       )
   | a/k/a ATAULFO GOMEZ,              )
18 | a/k/a GOMEZ ATAULFO RAMIREZ,      )
   |                                  )
19 |         Defendant.                )
   |                                  )
20 |_____)

                           **INDICTMENT**
21
   The Grand Jury charges:
22
       On or about May 24, 1990 and May 24, 2006, the defendant,
23
                         ATAULFO RAMIREZ-GOMEZ,
24                         a/k/a Alberto G. Ramirez,
                            a/k/a Ataulfo Capone,
25                       a/k/a Ataulfo Gomez Ramirez,
                            a/k/a Marlo Rivero,
26                       a/k/a Alberto Gomez Ramirez,
                          a/k/a Alberto Gomez Sacada,
27                          a/k/a Ataulfo Gomez,
                         a/k/a Gomez Ataulfo Ramirez,
28
   an alien, was excluded, deported, and removed from the United States, and thereafter, on or
   INDICTMENT

**FILED**
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  about January 29, 2008, was found in the Northern District of California, the Attorney General of
2  the United States and the Secretary for the Department of Homeland Security not having
3  expressly consented to a reapplication by the defendant for admission into the United
4  States, in violation of Title 8, United States Code, Section 1326.
5     It is further alleged that the defendant was removed from the United States subesequent to the
6  date of conviction for an aggravated felony.

DATED: 8-21-08

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG W. LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
MATTHEW L. McCARTHY
Assitant United States Attorney

INDICTMENT

2