JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California  94102
   Telephone:     (415) 436-6838
   Facsimile:      (415) 436-7234
   Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 08-0567-MMC |
|    Plaintiff, | [PROPOSED] STIPULATED  ORDER CONTINUING SENTENCING |
| v. | **Current Hearing Date: February 18, 2009** |
| ATAULFO RAMIREZ-GOMEZ, | Time:                     2:30 p.m. |
| | Judge:            Hon. Maxine M. Chesney |
|    Defendant. | **Proposed Hearing Date: March 11, 2009** |
| | Time:                     2:30 p.m. |

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
CR 08-0567-MMC

1  The above-captioned case is currently scheduled for sentencing on
2  Wednesday, February 18, 2009 at 2:30 p.m.  After that date was set, U.S. Probation
3  Officer Lori Timmons contacted counsel for both parties and indicated that she would
4  need more time to complete the pre-sentence report in this matter.  Counsel for the
5  government and the defendant do not oppose the requested extension of time.
6  Therefore, the parties and U.S. Probation Office now jointly request that the
7  date for sentencing in this case be continued to Wednesday, March 11, 2009.
8  Therefore, for good cause shown, the sentencing hearing now scheduled for
9  Wednesday, February 18, 2009 is vacated. The matter shall be added to the Court's
10 calendar on Wednesday, March 11, 2009 at 2:30 p.m. for sentencing.

12 IT IS SO ORDERED.

14 December 23, 2008
   DATED                                    HON. MAXINE M. CHESNEY
15                                          United States District Court Judge

17 IT IS SO STIPULATED.

19  December 22, 2008                              /s/
    DATED                                    JOSEPH P. RUSSONIELLO
20                                           United States Attorney
                                             Northern District of California
21                                           MATTHEW L. McCARTHY
                                             Assistant United States Attorney

24 December 22, 2008                              /s/
   DATED                                     BARRY PORTMAN
25                                           Federal Public Defender
                                             Attorney for Isaac Medina-Hernandez

[PROPOSED] STIPULATED ORDER CONTINUING SENTENCING
CR 08-0567-MMC                          1