IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ATAULFO RAMIREZ-GOMEZ,<br><br>            Defendant.                                    / | No. CR 08-0567 MMC<br><br>**ORDER RE: LETTER FROM DEFENDANT ATAULFO RAMIREZ-GOMEZ** |

The Court is in receipt of a letter, dated January 16, 2012 and filed January 23, 2012, from defendant Ataulfo Ramirez-Gomez. In his letter, defendant requests "a 2 to 3 week good time credit that's due to [him]." (See Letter.)

By order filed January 10, 2012, the Court addressed an earlier-filed letter from defendant, by which he also sought credit for time served. In said order, the Court denied defendant's request without prejudice to defendant's filing a motion in the district in which he is presently confined, following his exhaustion of administrative remedies.

For the same reason, defendant's most recent request is hereby DENIED, specifically, without prejudice to defendant's filing a motion in the district in which he is presently confined,[1] following his exhaustion of administrative remedies.

**IT IS SO ORDERED.**

Dated: February 2, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1] The record indicates defendant is presently incarcerated in Otisville, New York.